Case 4:24-cv-04802   Document 41   Filed on 10/02/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KATHERINE TAYLOR, RUSSELL MCNEECE, ARNOLD SONSTENG, and CHRISTOPHER TANNEHILL, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br>VS.<br><br>UNIVERSALPEGASUS INTERNATIONAL LLC d/b/a/ UNIVERSAL PEGASUS INTERNATIONAL,<br><br>*Defendant*. | CIVIL ACTION NO. 4:24-cv-04802 |

## ORDER

Plaintiff has filed an Unopposed Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(a)(2). ECF 40. Parties stipulate that all claims asserted against Defendant in the above-styled action be dismissed without prejudice, with each party to bear its own costs and attorneys' fees. The Motion is hereby **GRANTED**. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action and all claims and defenses asserted in all such actions are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 2nd of October, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

Case 4:24-cv-04802     Document 41     Filed on 10/02/25 in TXSD     Page 2 of 2